IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:18CR249-WKW |
| | ) | |
| PUNURU J. REDDY | ) | |

**ORDER**

For good cause,

It is ORDERED that, a final pretrial conference is hereby set for April 17, 2019 at 9:30 a.m., in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 29th day of January, 2019.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATE MAGISTRATE JUDGE